# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DWAYNE OLIVE,<br><br>Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, et al.<br><br>Defendants. | Case No.: 1:15-cv-01276-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 7)<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Damien Dwayne Olive ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.)

On September 14, 2016, the Court dismissed Plaintiff's complaint with leave to amend within thirty (30) days. (ECF No. 7.) Plaintiff was expressly warned that if he failed to file an amended complaint in compliance with the Court's order, this action would be dismissed, with prejudice, for failure to obey a court order and failure to state a claim. (Id. at p. 10.) The deadline for Plaintiff to file his amended complaint or a notice of voluntary dismissal has passed, and he has not complied with or otherwise responded to the Court's order.

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, **within twenty (20) days** of service of this order, why this action should not be dismissed based on Plaintiff's failure to comply with the Court's September 14, 2016 order, and for his failure to state a claim and failure to prosecute.

IT IS SO ORDERED.

Dated: __October 24, 2016__      /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE