UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DWAYNE OLIVE,<br><br>   Plaintiff,<br><br>  v.<br><br>KELLY HARRINGTON, et al.<br><br>   Defendants. | Case No.: 1:15-cv-01276-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(ECF No. 8)<br><br>ORDER GRANTING MOTION REQUESTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(ECF No. 9)<br><br>**Deadline: January 4, 2017** |

  Plaintiff Damien Dwayne Olive ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5).

  On September 14, 2016, the Court dismissed Plaintiff's complaint with leave to amend within thirty (30) days. (ECF No. 7). Plaintiff failed to file a timely amended complaint in compliance with the Court's order. Accordingly, on October 24, 2016, the Court issued an order for Plaintiff to show cause , within twenty (20) days, why this action should not be dismissed based on Plaintiff's failure to comply with the Court's September 14, 2016 order, and for his failure to state a claim and failure to prosecute. (ECF No. 8).

On October 31, 2016, Plaintiff filed the instant motion seeking an extension of time to file his amended complaint. Plaintiff explains that an extension of time is necessary so that he may conduct additional research and review his central file. Plaintiff reports that he requested documents from his central file at Kern Valley State Prison on or about September 29, 2016. (ECF No. 9 at p. 3).

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Court's Order to Show Cause, issued on October 24, 2016, is DISCHARGED;
2. Plaintiff's motion for an extension of time to file his amended complaint is GRANTED;
3. Plaintiff's amended complaint shall be filed on or before **January 4, 2017**; and
4. **If Plaintiff fails to file an amended complaint in compliance with this order and the Court's September 14, 2016 screening order, the Court will dismiss this action, with prejudice, for failure to state a claim and to obey a court order.**

IT IS SO ORDERED.

Dated:   **November 2, 2016**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE